**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

SAHELIAN D. MCBROOM; and
TOMMY D. HUGHES                                                                 PLAINTIFFS

V.                                     3:11CV00137 JMM/JTR

JACK MCKANN,
Craighead County Sheriff, et al.                                               DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiffs' failure to timely and properly comply with the Court's July 15, 2011 Order. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 22nd day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE